UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JAMES MICHAEL CASE JR                         CASE NO. 20-10119
552 FAITH ROCK RD                             JUDGE BENJAMIN A. KAHN
FRANKLINVILLE, NC  27248

        DEBTOR

SSN(1) XXX-XX-8081                            DATE: 11/20/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN HONDA FINANCE<br>ATTN BANKRUPTCY<br>201 LITTLE FALLS DR<br>WILMINGTON, DE  19808 | $0.00<br>INT: .00%<br>NAME ID: 177472<br>CLAIM #: 0003 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9759<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $4,110.56<br>INT: .00%<br>NAME ID: 63803<br>CLAIM #: 0004 | (X) SPECIAL-UNSECURED<br><br>ACCT: 8296<br>COMMENT: CLASS A,1120OR |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>P O BOX 982238<br>EL PASO, TX  79998 | $0.00<br>INT: .00%<br>NAME ID: 173377<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4364<br>COMMENT: |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>P O BOX 982238<br>EL PASO, TX  79998 | $0.00<br>INT: .00%<br>NAME ID: 173377<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2606<br>COMMENT: |
| BANK OF AMERICA NA<br>NC4 105 03 14<br>P O BOX 26012<br>GREENSBORO, NC  27410 | $0.00<br>INT: .00%<br>NAME ID: 16168<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5774<br>COMMENT: |
| BLOOMINGDALES NA<br>P O BOX 8745<br>NEW YORK, NY  10012 | $0.00<br>INT: .00%<br>NAME ID: 181308<br>CLAIM #: 0044 | (U) UNSECURED<br>AMENDED<br>ACCT: 2356<br>COMMENT: 220CLM/WDRWN |
| BRANCH BANKING & TRUST CO<br>BANKRUPTCY SECTION<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $0.00<br>INT: .00%<br>NAME ID: 8335<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3100<br>COMMENT: |
| BRANCH BANKING & TRUST CO<br>BANKRUPTCY SECTION<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $0.00<br>INT: .00%<br>NAME ID: 8335<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7508<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CAPITAL ONE BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 30285<br>SALT LAKE CITY, UT  84130-0385 | $0.00<br>INT: .00%<br>NAME ID: 123126<br>CLAIM #: 0010 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1824<br>COMMENT: |
| CAROLINA FARM CREDIT<br>251 ROCK CRUSHER RD<br>ASHEBORO, NC  27203 | $0.00<br>INT: .00%<br>NAME ID: 57802<br>CLAIM #: 0002 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>P O BOX 15298<br>WILMINGTON, DE  19850 | $0.00<br>INT: .00%<br>NAME ID: 176795<br>CLAIM #: 0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8654<br>COMMENT: |
| CHASE RECORDS CENTER<br>ATTN CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA  71203 | $0.00<br>INT: .00%<br>NAME ID: 174082<br>CLAIM #: 0012 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8910<br>COMMENT: |
| CITIBANK<br>CENTRALIZED BANKRUPTCY<br>P O BOX 790034<br>ST LOUIS, MO  63179 | $0.00<br>INT: .00%<br>NAME ID: 176796<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4489<br>COMMENT: |
| CITIBANK<br>CENTRALIZED BANKRUPTCY<br>P O BOX 790034<br>ST LOUIS, MO  63179 | $0.00<br>INT: .00%<br>NAME ID: 176796<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 6136<br>COMMENT: |
| CITIBANK<br>CENTRALIZED BANKRUPTCY<br>P O BOX 790034<br>ST LOUIS, MO  63179 | $0.00<br>INT: .00%<br>NAME ID: 176796<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1824<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $7,611.46<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0013 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 8952<br>COMMENT:  CLASS A,1120OR |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $7,694.95<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0017 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 1534<br>COMMENT:  CLASS A,1120OR |
| FORD MOTOR CREDIT<br>NATIONAL BANKRUPTCY SERVICE<br>CENTER<br>P O BOX 62180<br>COLORADO SPRINGS, CO  80962 | $0.00<br>INT: .00%<br>NAME ID: 162531<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 6065<br>COMMENT: |
| FORD MOTOR CREDIT COMPANY<br>DRAWER 55-953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | $24,731.48<br>INT: 6.75%<br>NAME ID: 7541<br>CLAIM #: 0001 | | (V) VEHICLE-SECURED<br><br>ACCT: 9038<br>COMMENT:  16FORD |
| HARLEY DAVIDSON FINANCIAL<br>ATTN BANKRUPTCY<br>P O BOX 22048<br>CARSON CITY, NV  89721 | $0.00<br>INT: .00%<br>NAME ID: 174720<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0061<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0039 | (P) PRIORITY<br>AMENDED<br>ACCT:  19TX<br>COMMENT:  OC,320A,420A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #:  0045 | (U) UNSECURED<br>AMENDED<br>ACCT:  PEN<br>COMMENT:  320A,420A |
| JOHN DEERE FINANCIAL<br>23176 NETWORK PLACE<br>CHICAGO, IL  60673-1231 | $16,151.69<br>INT:  6.75%<br>NAME ID: 127683<br>CLAIM #:  0043 | (V) VEHICLE-SECURED<br><br>ACCT:  1034<br>COMMENT:  OC,TRAC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0040 | (U) UNSECURED<br>NOT FILED<br>ACCT:  8081<br>COMMENT: |
| ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $0.00<br>INT:  .00%<br>NAME ID: 173387<br>CLAIM #:  0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0062<br>COMMENT: |
| ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $0.00<br>INT:  .00%<br>NAME ID: 173387<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:  6856<br>COMMENT: |
| PACIFIC MERCANTILE BAN<br>949 S COAST DR STE 300<br>COSTA MESA, CA  92626 | $0.00<br>INT:  .00%<br>NAME ID: 181173<br>CLAIM #:  0022 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0001<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $11,680.15<br>INT:  .00%<br>NAME ID: 68146<br>CLAIM #:  0027 | (X) SPECIAL-UNSECURED<br><br>ACCT:  8657<br>COMMENT:  CLASS A,1120OR |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT:  .00%<br>NAME ID: 1541<br>CLAIM #:  0046 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT:  .00%<br>NAME ID: 9626<br>CLAIM #:  0041 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SHARONVIEW FCU<br>P O BOX 2070<br>FORT MILL, SC  29716-2070 | $19,667.20<br>INT:  .00%<br>NAME ID: 71185<br>CLAIM #:  0023 | (X) SPECIAL-UNSECURED<br><br>ACCT:  4368<br>COMMENT:  CLASS A,1120OR |
| SHARONVIEW FCU<br>P O BOX 2070<br>FORT MILL, SC  29716-2070 | $0.00<br>INT:  .00%<br>NAME ID: 71185<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0001<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SMITH DEBNAM<br>P O BOX 176010<br>RALEIGH, NC  27619 | $0.00<br>INT:  .00%<br>NAME ID: 177517<br>CLAIM #:  0042 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SUNTRUST BANK<br>ATTN BANKRUPTCY<br>P O BOX 85092<br>MC VA WMRK 7952<br>RICHMOND, VA  23286 | $0.00<br>INT:  .00%<br>NAME ID: 171233<br>CLAIM #:  0025 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5459<br>COMMENT: |
| SYNCB/ROOMS TO GO<br>ATTN BANKRUPTCY<br>P O BOX 965060<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 173389<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2904<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>3200 TRULIANT WAY<br>WINSTON SALEM, NC  27103 | $0.00<br>INT:  .00%<br>NAME ID: 66034<br>CLAIM #:  0028 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0143<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $3,100.00<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0034 | (X) SPECIAL-UNSECURED<br><br>ACCT: 6335<br>COMMENT:  CLASS A,1120OR |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $6,896.13<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0035 | (X) SPECIAL-UNSECURED<br><br>ACCT: 8719<br>COMMENT:  CLASS A,1120OR |
| TRULIANT FEDERAL CU<br>ATTN BANKRUPTCY DEPT<br>P O BOX 26000<br>WINSTON SALEM, NC  27114 | $0.00<br>INT:  .00%<br>NAME ID: 171895<br>CLAIM #:  0029 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8187<br>COMMENT: |
| TRULIANT FEDERAL CU<br>ATTN BANKRUPTCY DEPT<br>P O BOX 26000<br>WINSTON SALEM, NC  27114 | $0.00<br>INT:  .00%<br>NAME ID: 171895<br>CLAIM #:  0030 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5734<br>COMMENT: |
| TRULIANT FEDERAL CU<br>ATTN BANKRUPTCY DEPT<br>P O BOX 26000<br>WINSTON SALEM, NC  27114 | $0.00<br>INT:  .00%<br>NAME ID: 171895<br>CLAIM #:  0031 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2155<br>COMMENT: |
| TRULIANT FEDERAL CU<br>ATTN BANKRUPTCY DEPT<br>P O BOX 26000<br>WINSTON SALEM, NC  27114 | $0.00<br>INT:  .00%<br>NAME ID: 171895<br>CLAIM #:  0032 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5776<br>COMMENT: |
| TRULIANT FEDERAL CU<br>ATTN BANKRUPTCY DEPT<br>P O BOX 26000<br>WINSTON SALEM, NC  27114 | $0.00<br>INT:  .00%<br>NAME ID: 171895<br>CLAIM #:  0033 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5768<br>COMMENT: |
| US BANK NA<br>BANKRUPTCY DEPARTMENT<br>P O BOX 5229<br>CINCINNATI, OH  45201-5229 | $0.00<br>INT:  .00%<br>NAME ID: 57619<br>CLAIM #:  0036 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1107<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| US BANK NA<br>BANKRUPTCY DEPARTMENT<br>P O BOX 5229<br>CINCINNATI, OH  45201-5229 | $0.00<br>INT:  .00%<br>NAME ID: 57619<br>CLAIM #:  0037 | (U) UNSECURED<br>NOT FILED<br>ACCT:  2808<br>COMMENT: |
| WELLS FARGO BANK<br>ATTN BANKRUPTCY<br>P O BOX 10438<br>DES MOINES, IA  50306 | $0.00<br>INT:  .00%<br>NAME ID: 181174<br>CLAIM #:  0038 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0001<br>COMMENT: |
| **TOTAL:** | **$101,695.62** | |
| BRETT SMITH YAUGER ESQ<br>P O BOX 637<br>CARTHAGE, NC  28327 | $3,525.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  11/20/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice